UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARKEL INSURANCE COMPANY, | CASE NO. C23-0158-KKE |
| Plaintiff(s), | ORDER GRANTING IN PART JOINT MOTION FOR CONTINUANCE |
| v. | |
| SECRET HARBOR, | |
| Defendant(s). | |

This matter comes before the Court on the parties' joint motion to extend the case schedule. Dkt. No. 35.  The Court GRANTS IN PART and DENIES IN PART the parties' motion, in that the case schedule is extended but with a trial date set in consideration of the Court's availability.

The previous case schedule (Dkt. No. 14) is VACATED, and the following case schedule is set:

| Event | Date |
| --- | --- |
| JURY TRIAL SET FOR 09:30 am on | **1/27/2025** |
| Length of trial | 5-7 days |
| Deadline for joining additional parties | 1/19/2024 |
| Deadline for filing amended pleadings | 2/16/2024 |

ORDER GRANTING IN PART JOINT MOTION FOR CONTINUANCE - 1

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 7/1/2024 |
| All motions related to discovery must be filed by | 7/31/2024 |
| Discovery must be completed by | 8/30/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | 9/30/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 11/29/2024 |
| All motions in limine must be filed by | 12/23/2024 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 1/6/2025 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 1/13/2025 |
| Pretrial conference scheduled at 10:00 am on | 1/17/2025 |

Dated this 22nd day of December, 2023.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART JOINT MOTION FOR CONTINUANCE - 2