UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY, | CASE NO. C23-0158-KKE |
| Plaintiff(s), | ORDER ON DISCOVERY DISPUTE |
| v. | |
| SECRET HARBOR, | |
| Defendant(s). | |

The Court held a discovery conference on October 24, 2024, to discuss a discovery dispute that has arisen in this case. Dkt. Nos. 48, 50. After hearing from the parties, the Court grants leave to Plaintiff to file a motion to compel and the Court will resolve that motion when it is ripe.

Dated this 25th day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON DISCOVERY DISPUTE - 1