**Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY, an Illinois Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>SECRET HARBOR, a/k/a Foster Care Resources, a Washington non-profit Corporation,<br><br>Defendant. | No. 2:23-cv-00158-KKE<br><br>ORDER GRANTING THE STIPULATED MOTION TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT |

The Court previously ordered the parties to file a joint status report no later than March 21, 2025.  Dkt. No. 74.  The parties now request an extension of that deadline to account for the complexity of the issues to be addressed in the report.  Dkt. No. 75.

The Court finds good cause for the extension and therefore GRANTS the parties' stipulated motion. Dkt. No. 75. The parties shall submit the joint status report no later than April 9, 2025.

ORDERED this 19th day of March, 2025.

Kymberly K. Evanson
United States District Judge