UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY,<br><br>            Plaintiff(s),<br>  v.<br><br>SECRET HARBOR,<br><br>            Defendant(s). | CASE NO. C23-0158-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR A SCHEDULING ORDER |

THIS MATTER came before the Court on the parties' Joint Motion for Civil Trial Scheduling Order. Being fully advised and after careful consideration, the Court hereby GRANTS the parties' motion (Dkt. No. 81) and ORDERS that this case shall conform to the following case schedule:

| Event | Trial: 3/23/2026 |
|---|---|
| SET FOR 9:30 a.m. on | 3/23/2026 |
| Deadline for filing amended pleadings | 7/1/2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/25/2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 9/24/2025 |
| All motions related to discovery must be filed by | 9/24/2025 |
| Discovery must be completed by | 10/24/2025 |

ORDER GRANTING STIPULATED MOTION FOR A SCHEDULING ORDER - 1

| | |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). | 11/23/2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 1/23/2026 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 3/2/2026 |
| Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due | 3/9/2026 |

Dated this 7th day of May, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A SCHEDULING ORDER - 2