UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>SECRET HARBOR,<br><br>　　　　　Defendant(s). | CASE NO. C23-0158-KKE<br><br>ORDER STAYING CASE |

Defendant Secret Harbor filed a notice that it is now in a receivership, as Skagit County Superior Court entered an order appointing a receiver on June 13, 2025. Dkt. No. 89. An automatic stay applies to a "judicial, administrative, or other action or proceeding against the person whose property the receiver is appointed that was or could have been commenced before the entry of the order of appointment, or to recover a claim against the person that arose before the entry of the order of appointment[.]" WASH. REV. CODE § 7.60.110. This action is covered by the automatic stay.

Accordingly, the Court STAYS this action in its entirety and directs the Clerk to TERMINATE the pending motions (Dkt. Nos. 83, 85, 87), which may be reactivated if the stay is lifted. The parties are ORDERED to notify the Court no later than 14 days of the termination of the receivership proceeding. If the receivership proceeding has not been terminated by October

ORDER STAYING CASE - 1

17, 2025, the parties are ORDERED to file a joint status report regarding the progress of the receivership proceeding and any impact on this litigation no later than that date.

Dated this 18th day of June, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge