UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>SECRET HARBOR,<br><br>　　　　　　　　Defendant(s). | CASE NO. C23-0158-KKE<br><br>ORDER TO FILE A JOINT STATUS REPORT |

The Court previously stayed this case consistent with the automatic stay arising from Defendant's receivership. Dkt. No. 91. On October 17, 2025, the parties filed a joint status report explaining that they were currently negotiating a global resolution of all present and future claims, and had not yet determined whether they all agreed that the stay in the receivership action should continue beyond October 31, 2025. Dkt. No. 92.

The parties are again ORDERED to notify the Court no later than 14 days after the termination of the receivership proceeding, or the settlement of this matter. If the receivership proceeding has not been terminated by December 19, 2025, the parties are ORDERED to file a joint status report regarding the progress of the receivership proceeding and/or the settlement proceeding and any impact on this litigation no later than that date.

Dated this 4th day of November, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A JOINT STATUS REPORT - 1