UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKEL INSURANCE COMPANY,

Plaintiff(s),

v.

SECRET HARBOR,

Defendant(s).

CASE NO. C23-0158-KKE

ORDER GRANTING UNOPPOSED
MOTION TO INTERVENE

The Court previously stayed this case consistent with the automatic stay arising from Defendant's receivership. *See* Dkt. No. 91. The receiver, Elliott Bay Asset Solutions, LLC, filed a motion to intervene for the purpose of allowing it to represent the interests of Defendant's receivership estate in this declaratory judgment action. Dkt. No. 102. Plaintiff does not oppose the intervention of the receiver. Dkt. No. 106.

Given Plaintiff's lack of opposition, and because the Court finds that the receiver's intervention is appropriate under Federal Rule of Civil Procedure 24, the Court GRANTS the receiver's unopposed motion to intervene. Dkt. No. 102. Furthermore, considering the joint status report filed by the parties (Dkt. No. 108), the Court ORDERS Plaintiff and the receiver to file a joint status report no later than March 31, 2026, regarding the progress of the receivership proceeding and/or the settlement proceeding and any impact on this litigation.

Dated this 23rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO INTERVENE - 1