UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY, | CASE NO. C23-0158-KKE |
| Plaintiff(s), | ORDER TO FILE A JOINT STATUS REPORT |
| v. | |
| SECRET HARBOR, | |
| Defendant(s). | |

The Court previously stayed this case consistent with the automatic stay arising from Defendant's receivership. Dkt. No. 91. On October 17, 2025, the parties filed a joint status report explaining that they were negotiating a global resolution of all present and future claims, and had not yet determined whether they all agreed that the stay in the receivership action should continue beyond October 31, 2025. Dkt. No. 92. The Court then ordered the parties to file a joint status report no later than December 19, 2025, if the receivership had not been terminated or the case had not settled by that date. Dkt. No. 93.

The parties' next joint status report indicated that the parties were continuing to work toward a final settlement agreement. Dkt. No. 95. The Court again ordered the parties to file a joint status report no later than February 6, 2026. Dkt. No. 100. The parties next reported they have been and continue to engage in mediation efforts related to the receivership proceeding and there was an additional mediation session scheduled for February 6, 2026. Dkt. No. 108. The

ORDER TO FILE A JOINT STATUS REPORT - 1

Court ordered the parties to file a joint status report no later than March 31, 2026, with an update on the progress of the receivership proceeding and/or the settlement proceeding. Dkt. No. 112. The parties timely filed a joint status report indicating that the receivership proceeding has been stayed until June 1, 2026. Dkt. No. 115.

In response to the parties' report, the Court ORDERS the parties to file a joint status report on the progress of the receivership proceeding and/or the settlement negotiations no later than June 15, 2026. This report shall also address the parties' position(s) as to the propriety of a continued stay of this matter.

Dated this 2nd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A JOINT STATUS REPORT - 2