UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKEL INSURANCE COMPANY,

Plaintiff(s),

v.

SECRET HARBOR,

Defendant(s).

CASE NO. C23-0158-KKE

ORDER LIFTING STAY

The Court has reviewed the parties' joint status report notifying the Court that Skagit County Superior Court, in the receivership action, issued an order lifting the stay in this case. *See* Dkt. No. 121 at 4. The parties thus request that the Court lift the stay and allow this litigation to proceed, as they intend to engage in motions practice. *Id*. at 2. The State of Washington has also filed a motion to intervene. Dkt. No. 118.

As it appears undisputed that the automatic stay arising from the receivership action should be lifted at this time, the Court LIFTS the stay. The parties shall meet and confer regarding a scheduling order and, no later than July 1, 2026, file either a stipulated motion for a scheduling order (*e.g.*, Dkt. No. 81) or if the parties cannot agree on a schedule, file one report containing

ORDER LIFTING STAY - 1

separate proposals.  The motion/report shall also propose how to handle the motions previously terminated subject to reactivation after the lifting of the stay.  *See* Dkt. Nos. 91, 113.

Dated this 16th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY - 2