THE HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKEL INSURANCE COMPANY,

Plaintiff,

v.

SECRET HARBOR,

Defendant.

Case No. C23-0158-KKE

**ORDER GRANTING STIPULATED MOTION TO AMEND THE CASE SCHEDULE**

Being fully advised and after careful consideration, the Court hereby GRANTS the parties' stipulated motion (Dkt. No. 128) and ORDERS that this case shall conform to the following amended case schedule:

| Event | Deadline |
|---|---|
| 5–7 Day Jury Trial set to begin at 9:30 a.m. on | September 13, 2027 |
| Deadline for joining additional parties | September 4, 2026 |
| Deadline for filing amended pleadings | October 2, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | February 15, 2027 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | March 17, 2027 |
| All motions related to discovery must be filed by | March 31, 2027 |
| Discovery must be completed by | April 16, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be | May 17, 2027 |

ORDER – 1 of 2
(No. C23-0158-KKE)

| | |
|---|---|
| filed by this date and noted in accordance with LCR 7(d). | |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | July 16, 2027 |
| All motions in limine must be filed by | August 9, 2027 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | August 23, 2027 |
| Trial briefs, proposed voir dire questions, and deposition designations due | August 30, 2027 |
| Pretrial conference | TBD |

The Court further ORDERS that:

1.  O.H. and C.D. may re-note their Motion to Intervene (Dkt. No. 87) in accordance with the Court's ordinary procedures for filing motions.  The parties may oppose this motion at their election.

2.  The State of Washington's Motion to Intervene (Dkt. No. 118) is GRANTED.

DATED this 2nd day of July, 2026.

_____
Kymberly K. Evanson
United States District Judge

ORDER – 2 of 2
(No. C23-0158-KKE)