UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKEL INSURANCE COMPANY,

                Plaintiff(s),

    v.

SECRET HARBOR,

                Defendant(s).

    and

STATE OF WASHINGTON,

                Intervenor-Defendant.

CASE NO. C23-0158-KKE

ORDER GRANTING STIPULATED MOTION

The parties agree that Plaintiff's motion for leave to amend the complaint currently noted for July 8, 2026, may be re-noted for July 15, 2026. Dkt. No. 132. Intervenor-Defendant the State of Washington shall have until July 8, 2026 to file its response to Plaintiff's motion. Plaintiff's reply shall be due July 15, 2026.

The parties' motion is GRANTED and the clerk is directed to RE-NOTE Plaintiff's motion (Dkt. No. 124) for July 15, 2026.

Dated this 7th day of July, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1