THE HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>SECRET HARBOR,<br>Defendant. | Case No. C23-0158-KKE<br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR AMENDED PLEADINGS** |

THIS MATTER came before the Court on the parties' Stipulated Motion to Extend Deadline for Amended Pleadings. Dkt. No. 142. Being fully advised and after careful consideration, the Court hereby GRANTS the motion and ORDERS that the deadline for filing amended pleadings set in the Order Granting Stipulated Motion to Amend the Case Schedule (Dkt. No. 129) is extended to 21 days after the Court rules on Markel Insurance Company's Motion for Leave to File First Amended Complaint (Dkt. No. 124). All other deadlines remain unchanged.

DATED this 1st day of October, 2026.

Kymberly K. Evanson
United States District Judge